In the Matter of the Estate of Ezekiel J. Morris, Deceased.
Tanaquil Kimbrough Simmons, Appellant, v. Harriet Alberta Morris and Booker Taliaferro Morris, Executors, Appellees.

**Gen. No. 46,859.**

First District, Third Division.
November 7, 1956.

Released for publication December 28, 1956.

Braden, Hall, Barnes & Moss, for plaintiff-appellant; George S. Barnes, of counsel; Brown, Brown, Cyrus and Greene, for appellees; Jesse B. Mann, of counsel. Opinion by JUDGE LEWE. Not to be published in full.